# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

778
CA 14-02167
PRESENT: SCUDDER, P.J., SMITH, SCONIERS, VALENTINO, AND DEJOSEPH, JJ.

---

FINANCITECH, LTD., PLAINTIFF-APPELLANT,

V                                                       MEMORANDUM AND ORDER

GML SYRACUSE LLC, AMADEUS DEVELOPMENT, INC.,
DEFENDANTS-RESPONDENTS,
HOLMES KING KALLQUIST & ASSOCIATES, LLP, ET AL.,
DEFENDANTS.

---

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP, ALBANY (JUSTIN W. GRAY OF COUNSEL), FOR PLAINTIFF-APPELLANT.

MELVIN & MELVIN, PLLC, SYRACUSE (KENNETH J. BOBRYCKI OF COUNSEL), FOR DEFENDANT-RESPONDENT GML SYRACUSE LLC.

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK PC, NEW YORK CITY (ROGER A. RAIMOND OF COUNSEL), FOR DEFENDANT-RESPONDENT AMADEUS DEVELOPMENT, INC.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered May 8, 2014. The order, among other things, denied plaintiff's motion for summary judgment.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Memorandum: Plaintiff appeals from an order denying its motion for summary judgment in this action to foreclose two mortgages. Following entry of that order, the mortgaged premises were acquired by the City of Syracuse Industrial Development Agency in a proceeding pursuant to the Eminent Domain Procedure Law. "It is well established that, upon the vesting of title in a condemnation proceeding, all lien interests in the subject property by virtue of mortgages, unpaid taxes, or unsatisfied judgments, are extinguished" (*Matter of County of Rockland [Kohl Indus. Park Co.]*, 172 AD2d 607, 609; *see Matter of County of Nassau [Gelb-Siegel]*, 24 NY2d 621, 626). The relief sought by plaintiff in the motion, i.e., appointment of a receiver and foreclosure of the mortgages, is no longer available, and the appeal must therefore be dismissed as moot (*see Matter of Tessler v Board of Educ. of City of N.Y.*, 49 AD3d 428, 429).

Entered: June 12, 2015                          Frances E. Cafarell
                                                Clerk of the Court